IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for COLONIAL BANK, and THE COLONIAL BANCGROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. <br> 2:11-cv-00610-MHT-WC |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, and The Colonial BancGroup, Inc., and Defendant, Federal Insurance Company, respectfully represent that all claims and counterclaims asserted in the captioned civil action have been settled, and therefore move the Court for an order dismissing the action with prejudice, each party to bear its own costs.

Respectfully Submitted,

/s/ *Charles B. Lee*  
Charles B. Lee  
MILLER & MARTIN PLLC  
1180 W. Peachtree Street, NW, Suite 2100  
Atlanta, Georgia 30309  
Tel: (404) 962-6100  
Fax: (404) 962-6300  

And

/s/ *Matt J. Farley*  
Matt J. Farley  
KREBS, FARLEY & PELLETERI, PLLC  
400 Poydras Street, Suite 2500  
New Orleans, Louisiana 70130  
Tel: (504) 299-3570  
Fax: (504) 299-3582  

And

| | |
|---|---|
| /s/ Dennis R. Bailey | /s/ Robert David Segall |
| Dennis R. Bailey | Robert David Segall |
| RUSHTON, STAKELY, JOHNSTON & GARRETT, PC | COPELAND FRANCO SCREWS & GILL |
| Post Office Box 270 | P.O. Box 347 |
| Montgomery, Alabama 36101-0270 | Montgomery, Alabama 36101-0347 |
| Tel: (334) 206-3234 | Tel: (334) 834-1180 |
| Fax: (334) 481-0031 | Fax: (334) 834-3172 |
| *Attorneys for the Federal Deposit Insurance Corporation as Receiver for Colonial Bank* | *Attorneys for Federal Insurance Company* |

/s/ Andrew S. Campbell
Andrew P. Campbell, Esq.
CAMPBELL, GUIN, WILLIAMS, GUY
& GIDIERE, LLC
505 North 20th Street, Suite 1600
Birmingham, Alabama  35203
Tel: (205) 224-0750

*Attorneys for Colonial BancGroup, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on December 3, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Matt J. Farley
Matt J. Farley

2