IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver ) <br> for Colonial Bank, and ) <br> THE COLONIAL BANCGROUP, ) <br> INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:11cv610-MHT <br> (WO) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for dismissal (doc. no. 124) is granted.

(2) The stay previously entered (doc. no. 123) is dissolved.

(3) All claims and counterclaims are dismissed with prejudice.

(4) Each party is to bear its own costs, attorneys' fees, and expenses of litigation.

(5) This court retains jurisdiction over any and all disputes related to the parties' settlement and release agreement, including the enforcement thereof.

(6) With the consent of the parties pursuant to 28 U.S.C. § 636(c) and, as indicated below, such disputes are referred to United States Magistrate Judge Wallace Capel, Jr., or, in the event of his unavailability, another United States Magistrate Judge of this Court, to be assigned randomly by the clerk of court, to conduct any and all proceedings related to such disputes, including any trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Eleventh Circuit, if an appeal is filed.

**(7) All other relief not expressly granted herein is denied.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case remains closed.**

**DONE, this the 5th day of December, 2014.**

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**